## Ihmsen, Appellant, *v.* Ralston.

Submitted Nov. 4, 1902. Appeal, No. 124, Oct. T., 1902, by plaintiff, from decree of C. P. No. 1, Allegheny County, March T., 1902, No. 291, on bill in equity in case of Herbert L. Ihmsen et al., Administrators of Thomas O. Ihmsen, Deceased, v. John Ralston et al. Before MITCHELL, DEAN, FELL, BROWN, MESTREZAT and POTTER, JJ. Appeal dismissed.

OPINION BY MR. JUSTICE FELL, January 5, 1903 :

This is a cross bill for the appointment of a receiver to close the affairs of a partnership, the plaintiffs here being the appellants in Ralston v. Ihmsen, ante p. 588, in which the opinion of this court has been filed. The affirmance of the decree in that appeal requires the dismissal of this. The appeal is dismissed at the cost of the appellants.